# Chapter 13 Plan

Case No.: 16-01870

Debtor(s): Steven D. Garrett    SS# xxx-xx-4125    Net Monthly Earnings: $3,460

SS#    Number of Dependents: 2

I. Plan Payments:
(**X**) Debtor(s) propose to pay a periodic payment of $610  [ ] Weekly  [ ] Biweekly  [ ] Semi-Monthly  [**X**] Monthly into the plan; or

( ) Payroll deduction Order: To _____ for

$_____  [ ] Weekly  [ ] Biweekly  [ ] Semi-Monthly  [ ] Monthly

Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $36,495.

[**X**] Chapter 13 case filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise: **NONE**

B. Total Attorney Fee: $3000 ; $575 paid pre-petition; $990 to be paid at confirmation, then $495 per month for 2 months, then $445 per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid | Regular Payment to Begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Seterus | $112,311 | $1,128 [ ] by Trustee [**X**] by Debtor | June 2016 | $10,900 | Through May 2016 | 6.75% | $235 |
| CitiMortgage | $24,232 | $300 [ ] by Trustee [**X**] by Debtor | June 2016 | $718 | Through May 2016 | 7.65% | $16 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| None | | | | |

IV. Special Provisions.

   [X] This is an original plan.
   [ ] This is an amended plan replacing plan dated ___.
   [X] This plan proposes to pay unsecured creditors 100%.
   [X] Other provisions: 1) The fixed payments to Seterus and CitiMortgage shall begin December 2016.
   2) Debtors reserve the right to proceed during the post-confirmation period with any Adversary Proceeding action, State Court action, or U.S. District Court action, whether denominated a claim, counterclaim or cross claim, or other against The State of Alabama, which may be filed and that confirmation of this Plan will not prohibit the Debtors from proceeding with said actions to their conclusion and will not be res judicata regarding any issues involved in said actions or estop or preclude any issues involved in said actions from being raised, or have any binding effect on the outcome of said actions.
   3) In the event that the Debtor recovers any settlement or judgment award regarding the civil cause of action against The State of Alabama, said non-exempt proceeds shall be applied to the plan and distributed to the creditors holding filed, allowed claims.
   4) Attorney fees for debtor's attorney shall be paid with monthly fixed payments pursuant to Administrative Order 11-01.

Attorney for Debtor(s):    Dated: 05-06-16    /s/ Steven D. Garrett
W. Gregory Biddle    Signature of Debtor
The Biddle Law Firm, P.C.
2100 First Avenue North
Suite 340
Birmingham, AL 35203    /s/
(205) 328-3328    Signature of Debtor